IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET D'ANDREA, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| PARAGON SYSTEMS, INC., | ) Case No.1:19-cv-02821-TJK ) |
| *Defendant*. | ) ) ) |

**MOTION FOR SUMMARY JUDGMENT**

Defendant Paragon Systems, Inc. ("Defendant" or "Paragon"), through undersigned counsel and in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h) of the U.S. District Court for the District of Columbia, respectfully moves the Court for entry of summary judgment in its favor.

For the reasons explained in the Defendant's accompanying Memorandum of Points and Authorities in Support of its Motion, there is no genuine disputed issue as to any material fact, and Defendants are entitled to judgment as a matter of law.

Dated: February 5, 2021                     Respectfully submitted,

/s/ Robert R. Niccolini
Robert R. Niccolini, D.C. Bar No. 1000251
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC  20006
Tel.    (202) 887-0855
Fax.   (202) 887-0866
Email: robert.niccolini@ogletreedeakins.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 5, 2021, the foregoing was filed with the Clerk of Court using the CM/ECF System, causing an electronic copy of the foregoing to be served on the following counsel of record:

> Heather White, Esq.
> Louise Ryder, Esq.
> THE FEDERAL PRACTICE GROUP
> 1750 K Street, NW
> 9th Floor
> Washington, D.C. 20006
> Tel: 202-902-6640
> HWhite@fedpractice.com
> LRyder@fedpractice.com
>
> *Attorneys for Plaintiff*

*/s/ Robert R. Niccolini*
Robert R. Niccolini, D.C. Bar No. 1000251

*Counsel for Defendant*