UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET D'ANDREA,<br><br>     *Plaintiff*,<br><br>v.<br><br>PARAGON SYSTEMS, INC.,<br><br>     *Defendant*. | Civil Action No. 19-2821 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 17, is **GRANTED**.

Judgment is **ENTERED** for Defendant on Counts I and II of Plaintiff's Complaint, ECF No. 1.

This is a final appealable order.  The Clerk of Court is directed to close the case.

    **SO ORDERED.**

                                                /s/ Timothy J. Kelly
                                                TIMOTHY J. KELLY
                                                United States District Judge

Date: September 30, 2021